UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEMETRICE CAGE

VERSUS

HOBBY LOBBY STORES, INC.

CIVIL ACTION NO.

14-58-SDD-RLB

## RULING

The Court, after carefully considering the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated January 23, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Motion to Remand*[3] is DENIED.

Baton Rouge, Louisiana the 25 day of February, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-3.
[2] Rec. Doc. 34.
[3] Rec. Doc. 18.